No. 11-6647. Derrick Rayshawn Parks, aka Bam Parks, aka Rayshawn Parks, Petitioner v. United States.

No. 11-7068. Tremayne Kendrick Blackwell, Petitioner v. United States.

565 U.S. 1160, 132 S. Ct. 1093, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 758.

January 17, 2012. Petitions for writs of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same cases below, 436 Fed. Appx. 192.

No. 11-6711. Angeliki Papadimitriou, Petitioner v. John Papadimitriou.

565 U.S. 1160, 132 S. Ct. 1094, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 749,

January 17, 2012. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 194 Md. App. 733.

No. 11-6779. Dennis L. Gil Bernardez, Petitioner v. United States.

565 U.S. 1160, 132 S. Ct. 1094, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 817.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 209.

No. 11-6809. Kenneth Harry Justus, Petitioner v. South Carolina.

565 U.S. 1160, 132 S. Ct. 1095, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 825.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

Same case below, 392 S.C. 416, 709 S.E.2d 668.

No. 11-6820. Ronnie Paul Threadgill, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1160, 132 S. Ct. 1095, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 871.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 298.

No. 11-6898. William E. Leventhal, Petitioner v. Daniel Schaffer, et al.

565 U.S. 1160, 132 S. Ct. 1095, 181 L. Ed. 2d 984, 2012 U.S. LEXIS 747.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 418 Fed. Appx. 588.